UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBRA MONSERRATE, KELLY
BIRCHELL, SHAWN CRAFT, VIVIAN
EDWARDS, BILL FABER, REID
MAYBECK, SUSAN O'HEARN,
FARRELL PRUDENT, PAMELA
WARD, LAURA M. SMITH, AMY
FERNANDEZ, ARNELLA MOORE,
ANTOINETTE ELKINS, KAREN
ANNUNZIATA and STEPHANIE
FRANCIS,

        Plaintiffs,

v.                                      Case No:   6:14-cv-149-Orl-37GJK

HARTFORD FIRE INSURANCE
COMPANY,

        Defendant.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION AND FOR LEAVE TO FILE A RESPONSE IN EXCESS OF 20 PAGES (Doc. No. 122)** |
| **FILED:** | **April 28, 2015** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.  Defendant shall file its response (the "Response") to Plaintiff's Motion for Conditional Certification of Collective Action on or before May 11, 2015.  The Response shall not exceed twenty-five (25) pages in length.[1]

**DONE** and **ORDERED** in Orlando, Florida on April 29, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Defendant represents that Plaintiff does "not object to the requested five (5) page enlargement of the page limit as long as they are permitted to file a five (5) page Reply."  Doc. No. 122 at 3.  If Plaintiff wishes to file a reply, then Plaintiff shall file a motion requesting such relief.