UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBRA MONSERRATE, et al., )
on behalf of themselves and others )
similarly situated, )
　　　　　　　　　　　　　　　 )
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　 )
vs. )
　　　　　　　　　　　　　　　 )
HARTFORD FIRE INSURANCE )
COMPANY, a foreign for )
profit corporation, )
　　　　　　　　　　　　　　　 )   CASE NO. 6:14-cv-149-Orl-18GJK
　　　　　Defendant. )
　　　　　　　　　　　　　　　 )

STATE OF CONNECTICUT　　)

COUNTY OF HARTFORD　　　)

### AFFIDAVIT OF MARIA Q. FAZZINO

BEFORE ME, the undersigned authority, personally appeared, MARIA Q. FAZZINO, who, after first being duly sworn, deposes and states that she is an adult person, over 18 years of age, competent to testify as to the following matters as to which she has personal knowledge or which she believes to be true:

1. I am the Assistant Vice President, Corporate Compliance for the Hartford Fire Insurance Company (the "Company") and have held that position since April 1, 2013.

2. In my role as Assistant Vice President, Corporate Compliance, I am knowledgeable as to the Company's classification of various jobs as exempt and/or non-exempt.

1

3. In my role as Assistant Vice President, Corporate Compliance, I am also knowledgeable and have access to records regarding the locations at which employees of the Company work(ed) and the positions which they hold/held.

4. During the period from January 29, 2011 through the date of this Affidavit, Debra Monserrate, Kelly Birchell, Shawn Craft, Vivian Edwards, Bill Faber, Paul Harris, Nathan Rudgers, Laura M. Smith, Amy Fernandez, Antoinette Elkins and Reid Mayback held one or more of the following seven jobs: LTD Claims Analyst III, LTD Claims Analyst IV, LTD Claims Analyst V, Claim Ability Analyst, Sr. Claim Ability Analyst, CAR Specialty Analyst and LTD Sr. Claim Ability Analyst.

5. During the period from January 29, 2011 through the date of this Affidavit, Debra Monserrate, Kelly Birchell, Shawn Craft, Vivian Edwards, Bill Faber, Paul Harris, Nathan Rudgers, Laura M. Smith, Amy Fernandez, Antoinette Elkins and Reid Mayback all worked at the Company's Maitland and/or Lake Mary, Florida offices. The Company previously had a location in Maitland, Florida that was relocated to Lake Mary, Florida. Therefore, the Maitland and Lake Mary offices are considered to be the same location.

6. During the period from January 29, 2011 through the date of this Affidavit, the following jobs were classified by the Company as non-exempt and persons holding these jobs received overtime compensation when they worked in excess of 40 hours in a

workweek: STD Claims Analyst I, STD Claims Analyst II, LTD Claims Analyst I and LTD Claims Analyst II.

      7.    Persons holding the jobs held by Plaintiffs worked for the Company in seven locations including: Alpharetta, Georgia; Minneapolis, Minnesota; Bloomington, Minnesota; Syracuse, New York; Lake Mary, Florida (formerly, Maitland, Florida); Windsor, Connecticut and Simsbury, Connecticut. Some persons holding the jobs held by Plaintiff also worked from home.

      FURTHER AFFIANT SAYETH NAUGHT.

_____
MARIA Q. FAZZINO

SWORN TO and SUBSCRIBED before me this 6th day of May, 2015, by MARIA Q. FAZZINO, who is personally known to me, or who has produced Drivers License as identification.

_____
NOTARY PUBLIC, STATE OF CONNECTICUT

My commission expires: April 30, 2018

4835-3965-3155, v. 1

KIMBERLY S. GRANGER
Notary Public, State of Connecticut
My Commission Expires Apr. 30, 2018