**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **DEBRA MONSERRATE, KELLY BIRCHELL, SHAWN CRAFT, VIVIAN EDWARDS, BILL FABER and GREG MAYBECK,** Personal Representative for the Estate of Reid Mayback, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 6:14-cv-149-Orl-18GJK ) ) |
| **HARTFORD FIRE INSURANCE COMPANY**, a foreign for profit corporation, | ) ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF APPEARANCE**

    Jesse I. Unruh of the law firm of Jackson Lewis P.C. hereby files this, his Notice of Appearance as counsel for the Defendant in the above-referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon him and lead counsel at the below listed address.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 8th day of October, 2015.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 North Orange Avenue, Suite 1285
        Post Office Box 3389
        Orlando, Florida 32802-3389
        Telephone:   (407) 246-8440
        Facsimile:    (407) 246-8441

By:    */s/ Jesse I. Unruh*
        Donald C. Works, III
        Florida Bar No.  340308
        worksd@jacksonlewis.com

        Jesse I. Unruh
        Florida Bar No. 93121
        jesse.unruh@jacksonlewis.com

        David R. Golder (*Pro Hac Vice*)
        JACKSON LEWIS P.C.
        90 State House Square, 8th FL
        Hartford, CT 06103
        Telephone:   (860) 522-0404
        Facsimile:    (860) 247-1330
        golderd@jacksonlewis.com

Attorneys for Defendant HARTFORD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2015, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  Mary E. Lytle, Esquire and David Barszcz, Esquire, Lytle & Barszcz, 543 N. Wymore Road, Suite 109, Maitland, FL 32751.

        */s/ Jesse I. Unruh*
        Jesse I. Unruh

4833-9408-4905, v.  1