**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DEBRA MONSERRATE; KELLY
BIRCHELL; SHAWN CRAFT; VIVIAN
EDWARDS; BILL FABER; SUSAN
O'HEARN; FARRELL PRUDENT;
PAMELA WARD; LAURA M. SMITH;
AMY FERNANDEZ; ARNELLA
MOORE; ANTOINETTE ELKINS;
KAREN ANNUNZIATA; STEPHANIE
FRANCIS; BEVERLY GILCHRIST;
NICOLE ELLINGTON; MAYRA FELIX;
TARYN HICKS; GREG MAYBACH;
ELLISON ARIAS; ROBIN
HODGEKINSON-PRICE; LYDIA
MARRON; SARA YASTE; DALE
EASTERWOOD; GALO PATRICK
FLORES; ALEXANDRA VARDY;
WILMA SANTA; ERIN NORMAN;
SUSIE ANDERSON; MIKAELA
DELPHA; VALARIE STROUD; SARA
BULLARD; MICHAEL MILTON; JAVIER
PASTRANA; BRENDA J. WILLIAMS;
BARBARA BUTLER; DEBRA
GUTIERREZ; DEEPIKA PATEL;
NATALIE BOURNE; LONNIECE
SCOTT; BRIAN DONIVAN; KEITH
SMITH; AMY FRAHER; CHRISTINA
MANSER; DIANNE MATHENY;
ELIZABETH WALLING; JENNIFER
ASHCRAFT; KAREN
ANDREAS-MOSES; KATHRYN DAVIS;
LISA MORGAN; MARIA LAPAN;
STEPHANIE ANELLO; DAWN
COLLINS ,

       Plaintiffs,

v.                                 Case No. 6:14-cv-149-Orl-37GJK

HARTFORD FIRE INSURANCE
COMPANY,

       Defendant.

**ORDER**

This cause is before the Court on the following:

1.     The parties' Joint Motion for Approval of Settlements of Arbitration Claims and Incorporated Memorandum of Law (Doc. 257), filed August 2, 2016;

2.     U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 259), filed September 23, 2016; and

3.     The parties' Joint Notice of No Objection to Magistrate's Report and Recommendation for Joint Motion for Approval of Settlements of Arbitration Claims (Doc. 260), filed September 26, 2016.

In the instant collective action, a multitude of plaintiffs assert violations of the Fair Labor Standards Act ("**FLSA**") against Defendant. (*See* Doc. 51.) Of these plaintiffs, Defendant maintained that the claims of Carmen Flores,[1] Susan O'Hearn, and Farrell Prudent ("**Arbitration Plaintiffs**") were subject to arbitration and moved for dismissal of such claims. (*See* Doc. 68.) Upon consideration, the Court granted Defendant's motion and ordered the Arbitration Plaintiffs to arbitrate their claims against Defendant individually. (Doc. 85.)

On July 27, 2016, Defendant notified the Court that it had reached settlement agreements ("**Agreements**") with each of the Arbitration Plaintiffs. (Doc. 256; *see also* Docs. 257-1, 257-2, 257-3.) The parties then jointly moved for approval of such Agreements. (Doc. 257 ("**Motion for Approval**").)

---

[1] Carmen Flores was not named as a plaintiff in the most recent amended complaint and was terminated as party shortly after it was filed. (*See* Doc. 51.)

In a well-reasoned Report and Recommendation, U.S. Magistrate Judge Gregory J. Kelly recommends that the Court approve the Agreements. (Doc. 259 ("**R&R**").) Magistrate Judge Kelly also recommends that the Court deny the portion of the Motion for Approval which requests that the Court retain jurisdiction to enforce the Agreement. (*Id.*) On September 26, 2016, Defendant and the Arbitration Plaintiffs jointly filed a notice of no objection to the R&R. (Doc. 259.)

Upon consideration, and in the absence of any objection, the Court finds that the R&R is due to be adopted, confirmed and made a part of this Order. The parties' Motion for Approval is, therefore, due to be granted to the extent recommended in the R&R.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.  Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 259) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2.  The parties' Joint Motion for Approval of Settlements of Arbitration Claims and Incorporated Memorandum of Law (Doc. 257) is **GRANTED IN PART AND DENIED IN PART**.

    a.  To the extent the parties request that the Court retain jurisdiction to enforce the Agreements, the Motion is **DENIED**.

    b.  In all other respects, the Motion is **GRANTED**.

3.  The Arbitration Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 3, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record